### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURG DIVISION

| | |
|---|---|
| David Ging, | Case No.: 2:09-cv-00882-DWA |
| Plaintiff, | |
| v. | |
| Portfolio Recovery Associates, LLC, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

LEGAL HELPERS, P.C.

By: */s/ Richard J. Meier*
Richard J. Meier
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rjm@legalhelpers.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice was filed electronically.  Notice of

this filing will be sent by operation of the Court's electronic filing system to all parties indicated

on the electronic filing receipt.  The following party was served through U.S. Mail.

Christopher D. Lagow
Senior Counsel
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

*/s/ Richard J. Meier*